Herman Franck, Esq. (SB #123476)
Elizabeth Betowski, Esq. (SB #245772)
**FRANCK & ASSOCIATES**
910 Florin Road, Suite 212
Sacramento, CA 95831
Tel. (916) 447-8400; Fax (916) 447-0720

Attorneys for Plaintiff Baoyu Liu

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAOYU LIU<br><br>                Plaintiff,<br><br>       v.<br><br>CALIFORNIA MASSAGE THERAPY COUNCIL; MARK W. DIXON; GAVIN NEWSOM<br>                Defendants | Case No. 19-cv-00625-WBS-CKD<br><br>**NOTICE OF RELATED CASE** |

Plaintiff BAOYU LIU herewith submits this Notice of Related Cases, and states that this action is related to the following other action now pending in the U.S. District Court, Central District of California:

   1. *Baoyu Liu v. Federation of State Massage Therapy Boards; Debra Persinger*, Central District of California Case No 19-cv-02139-GW-PJW.

Status: The complaint was filed on March 21, 2019, and is in the process of being served on the defendants.

How the cases are related: both cases have common legal and factual issues.

Respectfully submitted,                                               Date: April 24, 2019

_//s// Herman Franck, Esq._____
Herman Franck, Esq.
Attorneys for Plaintiff
Baoyu Liu