Herman Franck, Esq. (SB #123476)
Elizabeth Betowski, Esq. (SB #245772)
Franck & Associates
910 Florin Road, Suite 212
Sacramento, CA 95831
T: +1 916 447 8400
F: +1 916 447 0720

Attorneys for Plaintiff
BAOYU LIU.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAOYU LIU, individually and as a representative of the Class of Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA MASSAGE THERAPY COUNCIL; MARK W. DIXON; GAVIN NEWSOM as Governor of the State of California,<br><br>Defendants. | Case No. 2:19-CV-00625-WBS-CKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i).**<br><br>Complaint served: April 19, 2019<br>Current response date: June 7, 2019 |

1  Plaintiff, Baoyu Liu, by and through her counsel, hereby voluntarily dismisses this action
2  in its entirety, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 31, 2019              FRANCK & ASSOCIATES


                                 By: //s// Herman Franck, Esq.
                                     Herman Franck, Esq.

                                     Attorneys for plaintiff
                                     BAOYU LIU